## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| RICO DUKES, | ) | |
|       Plaintiff, | ) | |
| vs. | ) | No. 3:20-CV-2057-G-BH |
| | ) | |
| TEXAS NORTHERN DISTRICT | ) | |
| COURT, | ) | |
|       Defendant. | ) | Referred to U.S. Magistrate Judge |

## ORDER

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge issued on November 23, 2020, the objections thereto filed, the request to proceed *In Forma Pauperis*, and the second Notice of Deficiency and Order issued on December 7, 2020, the Court is of the opinion that the original Findings and Conclusions of the Magistrate Judge are correct and that the same reasoning applies now to the second deficiency notice and order. Therefore the court will dismiss this action *sua sponte* pursuant to its inherent authority under Rule 41(b) of the Federal Rules of Civil Procedure without prejudice for failure to prosecute or follow orders of the court. See *McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir. 1988); *Link v. Wabash Railroad Company*, 370 U.S. 626, 629-31 (1962). The case will be dismissed without prejudice by separate judgment for failure to prosecute or follow orders of the Court.

**SO ORDERED.**

January 5, 2021

A. JOE FISH
**Senior United States District Judge**